Twelfth Court of Appeal
12-15-00090-CV

May 11, 2015

George Hall
v.s.

The County of Anderson

Mr. Robert Meyer
P.O. Box 1669
Waco, TX 76703

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 18 2015
elkm

TYLER TEXAS
CATHY S. LUSK, CLERK

## Notice of Appeal

RE: Cause No: 12-15-00090-CV
   Trial Court Case. No: 349-2331

Notice of Appeal was filed April 10, 2015 in the above Style and Number Cause.

However, and due to Appellant not represented by a attorney, an Appellant filed Pro Se, and doing so Appellant fail to forward a copy of "Notice of Appeal" to Appelle as Pursuant to Tex.R.App.P.25.(a)

Appellant give Appellee "Notice" at this time to inform Appelle that a Notice of Appeal in the above Nuber Cause was filed on April 10 2015 in the Twelfth Court of Appeal.

Respectfully Submitted

George Hall
George Hall   1818077

## Certificate of Service

Applicant here by Certifies that a true and correct copy of the forgoing Notice of of Appeal has been Mailed to MR Robert Meyers at the Clerks office in Palestine Texas, @ Anderson County Courthouse Palestine Tex. 75801. And Twelfth Court of Appeal.

Applicant request the honorable clearK of Ms Cathy S. Lust f. l stamp and return a copy for Applicanty file. Thank you.